# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# COLUMBUS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ELIZABETH ANNETTE CAMERON | § | CASE NO. 10-50991-JEH |
| | § | CHAPTER 13 |
| | § | |
| | § | JUDGE JOHN E. HOFFMAN, JR. |

### REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankrupcy Court upon the creditor at the following address:

**American Home Mortgage Servicing, Inc**
**1525 S. Beltline Road, Suite 100 N**
**Coppell, Texas 75019**

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

F# 7417-N-5431
9441 LBJ Freeway, Suite 350
Dallas, Texas  75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for American Home Mortgage Servicing, Inc

## CERTIFICATE OF SERVICE

I, Joe M. Lozano, Jr., hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before February 10, 2010:

**Debtors' Attorney**
Karen E Hamilton
Attorney At Law
31 East Whittier Street
Columbus, OH  43206

**Chapter 13 Trustee**
Frank M. Pees
130 East Wilson Bridge Road, Suite 200
Worthington, Ohio 43085-6300

**U.S. Trustee**
Habbo Fakkena
170 North High Street, Suite 200
Columbus, Ohio 43215-2403

/s/ Joe M. Lozano, Jr.

Joe M. Lozano, Jr.

7417-N-5431
noaelect