**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: October 25, 2010**

_____

BK1009187
(DP)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
AT COLUMBUS

| | |
|---|---|
| IN RE: | Case No. 10-50991 |
| ELIZABETH ANNETTE CAMERON | Chapter 13<br>Judge Hoffman, Jr. |
| Debtor | |
| | **ORDER GRANTING MOTION FOR ORDER AUTHORIZING LOAN MODIFICATION OF THE SECURED CREDITOR, AMERICAN HOME MORTGAGE SERVICING, INC. (PROPERTY ADDRESS: 5005 MAJESTIC DRIVE EAST, COLUMBUS, OH 43232) (DOC. #36)** |

This matter came to be considered on the Motion for Order Authorizing Loan Modification (the "Motion") filed by American Home Mortgage Servicing, Inc. ("Movant") on September 13, 2010 as Pacer Document #36 for the property located at 5005 Majestic Drive East, Columbus, OH 43232.

Movant has alleged that good cause exists for granting the

Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all necessary parties were served with the Motion as indicated on the Certificate of Service attached to said Motion. No party filed a response or otherwise appeared in opposition to the Motion.

Based on this, it appears appropriate to grant the authorization requested.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the Debtor and Secured Creditor are permitted to enter into a Loan Modification Agreement according to the terms attached to this order as Exhibit "A".

**SO ORDERED**

/s/ Steven H. Patterson
Ohio Supreme Court #0073452
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, Ohio 45201-5480
(513) 412-6600, ext. 3373
(513) 354-6464 fax
sohbk@lsrlaw.com


/s/Karen E. Hamilton
Karen E Hamilton, Esq.
Ohio Supreme Court #0064808
31 East Whittier Street
Columbus, OH 43206
(614) 443-7920
(614) 443-7922
khamiltonlaw@sbcglobal.net

COPIES TO:

DEFAULT LIST

Case 2:10-bk-50991    Doc 39    Filed 10/25/10    Entered 10/25/10 15:26:09    Desc Main
Document      Page 3 of 4

EX. A

# HOME AFFORDABLE MODIFICATION PROGRAM
## SCHEDULE A MODIFICATION SUMMARY

**Loan Number:**        ▇▇▇1640
**Borrower Name:**      Robert Cameron
**Co-Borrower Name:**   Elizabeth Cameron

| Modification Summary | Original Terms | Modified Terms | Variance | % |
|---|---|---|---|---|
| Payment - P&I | $788.83 | $674.32 | ($114.51) | |
| Payment - Escrow | $180.50 | $253.16 | $72.66 | |
| Payment - HOA | $20.47 | $20.47 | $0.00 | |
| Total Payment | $969.33 | $927.48 | ($41.85) | -4.3 |
| Interest Rate | 8.250 | 5.000 | -3.250 | |
| Remaining Term | 292 | 292 | 0 | |
| Current UPB | $100,542.94 | $113,776.18 | $13,233.24 | |
| LTV | 287% | 325% | 38% | |
| Maturity Date | 09/01/2034 | 09/01/2034 | | |
| Est PITIAS Variance | ($173.09) | | | |
| Est Bor Mth Inc | $83.33 | | | |
| Est half of Pmt Var | $86.55 | | | |
| Max Mth Inc Amt | $83.33 | | | |

**ADDITIONAL NOTES**
Mod Effective Date: 06/01/2010
Interest Rate Fixed thru the maturity of the loan

### ###