**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: January 26, 2011**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO.  10-50991 |
| | ) | |
| **Elizabeth Annette Cameron** | ) | |
| | ) | CHAPTER 13 |
| DEBTOR | ) | |
| | ) | JUDGE HOFFMAN |
| | ) | |

**ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN (Doc # 45)**

This cause came on for the consideration of the Court upon the Motion to Modify Confirmed Plan filed by the Debtor, Docket # 45. After consideration of the Pleadings, and by virtue of the fact that no party objected to said modification. The Debtors Motion to Modify Confirmed Plan is hereby granted.

It is therefore **ORDERED** that the confirmed plan of the Debtors be modified subject to the following terms:

**To lower plan payment to $300.00 per month until plan completes. Starting January 1st, 2011**

**The dividend to the unsecured creditors will remain unchanged.**

**This modification is due to Ms. Cameron is now paying mortgage payment outside the plan. Pursuant to a Motion for order authorizing loan modification Doc#36, and order granting Motion doc #39**

IT IS HEREBY ORDERED:

SUBMITTED By:

/s/ Karen E. Hamilton, 0064808
Karen E. Hamilton
31 E. Whittier Street
Columbus, Ohio 43206
(614)   443-7920
(614)   443-7922  Fax

Served On:

Default List

###