**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISIONS**

In Re:                                                    CASE NO. 11-50991

**Elizabeth Annette Cameron**                            Chapter 13

                                                          JUDGE HOFFMAN

<u>Certificate of Service</u>
<u>CASE # 11-50991</u>

    I hereby certify that on 30th day of August, 2011 a copy an amended schedule I & J was served on the following registered ECF participants, electronically through the Court's transmission facilities at their email addresses with the Court:

        1. Office of the U.S. Trustee
        *Served Electronically

        2. Frank Pees, Chapter 13 Trustee
        *Served Electronically

I hereby certify that the following were served my mailing the same by ordinary U.S. Mail, postage prepaid, to the parties listed below:

```
/s/Karen E. Hamilton
```
Karen E. Hamilton, 0064808
31 E. Whittier St
Columbus, Ohio 43206
614 443-7920