IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 10-50991 |
| ELIZABETH CAMERON | ) | |
| | ) | CHAPTER 13 |
| | ) | JUDGE HOFFMAN |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION TO DISMISS**

Now come the Debtor Elizabeth Cameron, by and through counsel and hereby respond to the Trustee's Motion to Dismiss and state that the case should not be dismissed for the following reasons:

> Ms. Cameron's Payments are getting garnished from her payroll check. The Debtor will resume making payments as of December 2011.

Therefore, the Debtors respectfully request this court to deny the Trustee's Motion to Dismiss.

Respectfully,

/s/ Karen E. Hamilton
Karen E. Hamilton (0064808)
Attorney for Debtor
31 E. Whittier Street
Columbus, Ohio  43206
614 443-7920 Phone
614 443-7922 Fax

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Response was served this **20th day of December 2011** on the parties whose names and full addresses are listed below.

/s/ Karen E. Hamilton
Karen E. Hamilton, 0064808
31 E. Whittier Street
Columbus, Ohio  43206

Office of the US Trustee, Electronic Service
Jeffrey P. Norman, Electronic Service