# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio (Columbus)

In re  Elizabeth Annette Cameron     Case No. 10-50991
　　　Debtor                                     Chapter 13

**Notice of Mortgage Payment Change**

---

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** AMERICAN HOME MORTGAGE SERVICING, INC.

**Court claim no.** (if known): 11

**Last four digits** of any number you use to identify the debtor's account: 1640

**Date of payment change:**
Must be at least 21 days after date of this notice: 09/01/2012

**New total payment:**
Principal, Interest, and escrow, if any: $1,086.03

## Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes.　Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

　　Current escrow payment: $180.50　　New escrow payment: $297.20

## Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes.　Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

　　Current interest rate: _____　　New interest rate: _____

　　Current principal and interest payment: _____　　New principal and interest payment: _____

## Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes.　Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

　Reason for change: _____

　　Current mortgage payment: _____　　New mortgage payment: _____

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☐ I am the creditor.      ☑ I am the creditor's authorized agent.
                              (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Diana Duarte                               Date  07/31/2012
  Authorized Filing Agent for Filer

Print:    Diana Duarte                           Title    Authorized Filing Agent for Filer

Company   Homeward Residential, Inc.             Specific Contact Information:
Address   1525 S. Beltline Road                  Phone: 877-304-3100
          Coppell, TX 75019

362960-d011f67d-0547-41d9-966e-8c621fba9828-

# CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2012, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid and via filing with the US Bankruptcy Court's CM ECF system.

Debtor:

Elizabeth Annette Cameron
5005 Majestic Dr E
Columbus, OH 43232

Debtor's Attorney:

Karen E Hamilton
31 East Whittier Street
Columbus, OH 43206

Trustee:

Jeffrey P Norman
Chapter 13 Trustee
One Columbus
10 West Broad St Suite 900
Columbus, OH 43215-3449

/s/ Bill Taylor

As Authorized Agent for Filer

0-5e056af2-4b8d-4494-b3a6-c7a073da5e6f

# Homeward RESIDENTIAL

P.O. Box 619063
Dallas, TX 75261-9063

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

### CONTACT INFORMATION
Customer Care Department  1-877-304-3100
7:00am - 9:00pm CST Monday through Friday
7:00am - 4:00pm CST Saturday
Web site: www.gohomeward.com

| | |
|---|---|
| **Statement Date:** | 06/14/2012 |
| **Payment Due Date:** | 05/01/2009 |
| **Account Number:** | ▮▮▮▮▮ |

6-764-71313-0000186-001-000-100-000-000

ROBERT D CAMERON
ELIZABETH A CAMERON
5005 MAJESTIC DR E
COLUMBUS OH  43232-4125

### PAYMENT INFORMATION

**ACCOUNT NUMBER:** ▮▮▮▮▮
**ANALYSIS DATE:** 06/13/2012

| | PRESENT PAYMENT | NEW PAYMENT effective 09/01/2012 |
|---|---|---|
| Principal & Interest | $788.83 | $788.83 |
| Escrow Deposit | $89.69 | $198.30 |
| Shortage | $90.81 | $98.90 |
| Optional Insurance | $0.00 | $0.00 |
| Other | $0.00 | $0.00 |
| Subsidy | $0.00 | $0.00 |
| **Total** | **$969.33** | **$1,086.03** |

### COMING YEAR ESCROW PROJECTIONS

Under Federal Law, your lowest monthly balance in the next twelve months should not exceed $396.60 or 1/6th of total anticipated payments from the account, unless your mortgage contract or State law specifies a lower amount. Your actual lowest monthly balance was -$7,886.45. Your current projected low balance is -$1,591.47. Your required low balance is $396.60, creating a shortage of $1,186.85. If you do not remit the difference, your shortage will be prorated for 12 months at $98.90 per month. The items with an asterisk in your account history may explain this. For further explanations, please call 877-304-3100 or write to P.O. Box 631730, Irving, TX 75063-1730.

| NEW ESCROW DEPOSIT BREAKDOWN | | | | | | | |
|---|---|---|---|---|---|---|---|
| ESCROW ITEM | ANNUAL EXPENSE | | | | | | |
| County Tax Disb | $1,454.62 | | | | | | |
| Haz Ins Disb | $925.00 | | | | | | |
| **TOTAL** | **$2,379.62** | | | | | | |

| | | YOUR ESCROW ACCOUNT PROJECTION | | | | |
|---|---|---|---|---|---|---|
| MONTH | PAID IN TO ESCROW | PAID OUT FROM ESCROW | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
| | | | Escrow Account Balance | -1,591.45 | 396.62 |
| Sep-12 | 198.30 | .00 | | -1,393.15 | 594.92 |
| Oct-12 | 198.30 | .00 | | -1,194.85 | 793.22 |
| Nov-12 | 198.30 | .00 | | -996.55 | 991.52 |
| Dec-12 | 198.30 | .00 | | -798.25 | 1,189.82 |
| Jan-13 | 198.30 | 727.31 | CNTY TAX (SE | -1,327.26 | 660.81 |
| Feb-13 | 198.30 | .00 | | -1,128.96 | 859.11 |
| Mar-13 | 198.30 | .00 | | -930.66 | 1,057.41 |
| Apr-13 | 198.30 | .00 | | -732.36 | 1,255.71 |
| May-13 | 198.30 | .00 | | -534.06 | 1,454.01 |
| Jun-13 | 198.30 | 727.31 | CNTY TAX (SE | -1,063.07 | 925.00 |
| Jul-13 | 198.30 | .00 | | -864.77 | 1,123.30 |
| Aug-13 | 198.30 | 925.00 | HAZARD INS. | -1,591.47 | 396.60 |

| ESCROW ITEM | MONTHLY DEPOSIT* |
|---|---|
| County Tax Disb | $121.22 |
| Haz Ins Disb | $77.08 |
| **TOTAL** | **$198.30** |

* The figures in this section are based on a division by twelve to get your monthly total and may be rounded up or down to the nearest penny.

### NOTICE:
HomewardResidential, Inc. is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. However, in the event the debt has been discharged pursuant to or the addressee or recipient is under the protection of federal bankruptcy law, this communication is solely for informational purposes and is not an attempt to collect a debt. If a bankruptcy proceeding is pending, please continue to make payments in accordance with any bankruptcy payment arrangement or advice of counsel.


EQUAL HOUSING LENDER

**SEE REVERSE SIDE FOR ADDITIONAL INFORMATION**

764-2004-0709F

---


# Homeward RESIDENTIAL

## ESCROW SHORTAGE COUPON

**LOAN NUMBER:** 

**Shortage Amount:** $1,186.85

ROBERT D CAMERON
ELIZABETH A CAMERON

HOMEWARD RESIDENTIAL, INC.
PO BOX 660029
DALLAS, TX 75266-0029

The results of the above Escrow Analysis reflect that there is a shortage in your escrow account in the amount of $1,186.85. As a convenience to you, we have automatically spread this shortage amount over your future payments up to 12 months. Should you prefer to pay the shortage in full, please remit the Total Shortage Amount indicated above with this payment coupon before next payment due date. Upon receipt of the payment and coupon, we will reduce your monthly payment amount accordingly.

| Escrow Shortage Amount Enclosed | _____ |
|---|---|

Please write your loan number on your check and return this coupon with your payment.

INTERNET REPRINT

**ESCROW ACCOUNT HISTORY**

Loan Number:   Date: 06/13/2012

- This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments, disbursements and escrow balance. By comparing the actual escrow payments to the previous projections listed, you can determine where a difference may have occurred.
- An asterisk (*) indicates a difference from the projected activity in either the amount or date.
- When applicable, the letter "E" beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.
- Your projected low point may or may not have been reached based on one or more of the following factors:

**PAYMENT(S)**
- Monthly payment(s) received earlier OR later than expected
- Monthly payment(s) received were less than OR greater than expected
- Previous overage was returned to escrow
- Previous shortage not paid in full

**TAXES**
- Tax rate and/or assessed value changed
- Exemption status lost or changed
- Supplemental/Delinquent tax paid
- Tax bill paid earlier OR later than expected
- Tax installment not paid
- Tax refund received
- New tax escrow requirement paid

**INSURANCE**
- Premium changed
- Coverage changed
- Additional premium paid
- Insurance bill paid earlier OR later than expected
- Premium was not paid
- Premium refund received
- New insurance escrow requirement paid
- Lender placed insurance premium paid

Homeward Residential, Inc. does not recognize property tax deferrals, repayment plans, or third-party property tax lien transfers and will take the necessary action to pay your property taxes to ensure that our mutually vested interest in your property is not at risk. These programs create a lien on your property that takes precedence over the mortgage lien in most cases and may result in interest at a high rate owed to the tax collector or a third party, payable over the course of the repayment plan or at the expiration of the deferral period. If you are having trouble making your loan payments and are considering or participating in one of these programs, please contact Homeward Residential, Inc. at 1-877-304-3100 so that we may offer you assistance.

| MONTH | PAYMENTS TO ESCROW PROJECTED | PAYMENTS TO ESCROW ACTUAL | | DISBURSEMENTS FROM ESCROW PROJECTED | DISBURSEMENTS FROM ESCROW ACTUAL | | DESCRIPTION | ESCROW BALANCE PROJECTED | ESCROW BALANCE ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BEGINNING BALANCE | 471.12 | -6,431.83 |
| 09/11 | 235.55 | | | | | | | 706.67 | -6,431.83 |
| 10/11 | 235.55 | | | | | | | 942.22 | -6,431.83 |
| 11/11 | 235.55 | | | | | | | 1,177.77 | -6,431.83 |
| 12/11 | 235.55 | | * | | 727.31 | | CNTY TAX (SE | 1,413.32 | -7,159.14 |
| 01/12 | 235.55 | | * | 929.81 | | | CNTY TAX (SE | 719.06 | -7,159.14 |
| 02/12 | 235.55 | | | | | | | 954.61 | -7,159.14 |
| 03/12 | 235.55 | | | | | | | 1,190.16 | -7,159.14 |
| 04/12 | 235.55 | | | | | | | 1,425.71 | -7,159.14 |
| 05/12 | 235.55 | | * | | 727.31 | | CNTY TAX (SE | 1,661.26 | -7,886.45 < |
| 06/12 | 235.55 | 6,859.00 * | E | 929.81 | | E | CNTY TAX (SE | 967.00 | -1,027.45 |
| 07/12 | 235.55 | 180.50 | E | | | E | | 1,202.55 | -846.95 |

## FREQUENTLY ASKED QUESTIONS

Homeward Residential, Inc. is providing you with this statement as a detailed analysis of the activity to your escrow account. Deposits into your escrow account are included in your monthly mortgage payment and those sums are held in reserve for future disbursements for your property taxes and/or insurance.

**Q. Why do escrow deposits change?**

When changes in your taxes and/or insurance occur or your escrow account is short, your escrow deposit will adjust resulting in a new monthly payment.

**Q. How often are escrowed loans analyzed?**

Homeward Residential analyzes contractually current escrowed loans once every 12 months to determine the appropriate monthly escrow deposit. Additional analysis or payment adjustments may be necessary when significant changes in disbursement amounts of escrowed items occur.

**Q. What does an analysis reveal?**

An analysis determines if adjustments need to be made to the escrow deposit based on escrow disbursements in an upcoming year. If Homeward Residential has disbursed an amount higher than anticipated for any escrowed item(s), generally a shortage is created and a payment coupon will accompany the analysis. If Homeward Residential disbursed an amount lower than anticipated for any escrowed item(s), generally an overage is created and a check may accompany the analysis.

**Q. Is a cushion (excess funds) in an escrow account necessary?**

Yes, Homeward Residential requires a two month escrow cushion where permitted by state law, to cover unanticipated increases in the following year's tax and insurance bills.

**Q. How is a shortage collected?**

A shortage is collected over a 12 month period.

**Q. How can you get additional information on your escrow account?**

If you need more information, please contact us at 1-877-304-3100 or visit our web site at www.gohomeward.com