Form a0nclose

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215–2414

| | |
|---|---|
| In Re: Elizabeth Annette Cameron | Case No.: 2:10–bk–50991 |
| Debtor(s) | Chapter: 13 |
| SSN/TAX ID: xxx–xx–4092 | Judge: John E. Hoffman Jr. |

## Notice of Status of Case

The above captioned case cannot be discharged and/or closed due to the following:

☐ No indication of the 341 Meeting Held

☐ Report of No Distribution or Final Report Needed

☐ Final Account (and Closing Certification, if applicable) Needed

☑ Pending Motion(s) / Application(s): Documents 55, 56 and 61 – Motion/Amended Motion to Approve Loan Modification – filed by American Home Mortgage Servicing, Inc.

☐ Other:

Dated: July 9, 2013

FOR THE COURT:
Kenneth Jordan
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
Southern District of Ohio

In re:                                                              Case No. 10-50991-jeh
Elizabeth Annette Cameron                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0648-2          User: stiress           Page 1 of 2           Date Rcvd: Jul 09, 2013
                              Form ID: a0nclose       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2013.
db          +Elizabeth Annette Cameron,   5005 Majestic Dr E,   Columbus, OH 43232-4125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 11, 2013**                **Signature:** _Joseph Speetjens_

```
District/off: 0648-2           User: stiress              Page 2 of 2                   Date Rcvd: Jul 09, 2013
                               Form ID: a0nclose          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2013 at the address(es) listed below:
              Asst US Trustee (Col)    ustpregion09.cb.ecf@usdoj.gov
              Clinton E Preslan    on behalf of Creditor    Wells Fargo Financial Ohio 1, Inc. ndohbky@jbandr.com
              Jeffrey P Norman    notices@ch13columbus.com
              Karen E Hamilton    on behalf of Debtor Elizabeth Annette Cameron karen@karenhamiltonlaw.net,
               khamiltonlaw@gmail.com;Atty_Khamiltonlaw@trustesolutions.com
              Manbir Singh Sandhu    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               msandhu@sandhu-law.com,   mmarker@sandhu-law.com
              Steven Henry Patterson    on behalf of Creditor    American Home Mortgage Servicing, Inc.
               sohbk@lsrlaw.com
                                                                                             TOTAL: 6