Form a0ncloth
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

In Re: Elizabeth Annette Cameron

    Debtor(s)

SSN/TAX ID:
    xxx−xx−4092

Case No.: 2:10−bk−50991

Chapter: 13

Judge: John E. Hoffman Jr.

## Notice to Creditor of Status of Case

The above captioned case is deficient as follows:

☑ Pending Motion(s) / Application(s): Doc. 56 Motion to Approve Loan Modification
Doc. 61 Amended Motion

☐ Other:

Please correct any deficiency within twenty−one (21) days from the date of this notice; otherwise this case may proceed to closing and/or may not be discharged.

Dated: November 8, 2013

                FOR THE COURT:
                Kenneth Jordan
                Clerk, U.S. Bankruptcy Court